**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**LEE ANN SINCAVAGE, as Personal**
**Representative of the Estate of**
**STAFF SERGEANT JOHN L.**
**SINCAVAGE, Deceased,**

     Plaintiff(s),

v.                                                                CASE NO:  8:03-cv-1382-T-30TGW

**BOMBARDIER, INC., et al.,**

     Defendants.
_____/

## ORDER OF DISMISSAL

A Notice of Settlement (Dkt. #150) was filed in consolidated case number 8:03-cv-539-T-30MSS on January 19, 2005, regarding the above-styled case. In accordance with same, it is

     **ORDERED AND ADJUDGED** as follows:

     1)    This case is dismissed.

     2)    All pending motions are denied as moot.

     3)    The Clerk is directed to close this case.

     **DONE** and **ORDERED** in Tampa, Florida on June 3, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**COPIES TO**:
Counsel/Parties of Record

*S:\Odd\2003\BOMBARDIER\03-cv-1382.dismissal.wpd*